Brian S. King, #4610
Brent J. Newton, #6950
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| A.C., and J.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUECROSS BLUESHIELD of ILLINOIS, and the NORTH SUBURBAN SPECIAL EDUCATION DISTRICT BENEFITS PLAN.<br><br>Defendants. | PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE<br><br>Case No. 1:22-cv-00128 – CMR<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiffs, through their undersigned counsel, move the Court to dismiss the above captioned matter without prejudice. Each party to bear its own fees and costs.

DATED this 20th day of January, 2023

                                                  /s/ Brian S. King
                                                  Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been served to all parties registered to receive notices via the Court's CM/ECF system.

DATED this 20th day of January, 2023

/s/ Brian S. King